UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David Sanchez, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-03955-SCJ-WEJ |
| v. | : |
| National Credit Systems, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: February 18, 2015

                                          Respectfully submitted,

                                          By: /s/ Sergei Lemberg, Esq.
                                          Attorney Bar No.: 598666
                                          Attorney for Plaintiff
                                          LEMBERG LAW L.L.C.

2

        1100 Summer Street, Third Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250 ext. 5500
        Facsimile:   (203) 653-3424
        Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By /s/ Sergei Lemberg

                                      Sergei Lemberg