# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| David Sanchez, | : |
|  | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
|  | : 1:14-cv-03955-SCJ-WEJ |
| National Credit Systems, Inc.,; and | : |
| DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |
|  | : |

## PLAINTIFF DAVID SANCHEZ'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff David Sanchez, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice. The Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

Dated: April 20, 2015

Respectfully submitted,

/s/  Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff David Sanchez
LEMBERG LAW L.L.C.

1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Sergei Lemberg
Sergei Lemberg
Attorney for Plaintiffs